**No. 61551.**—Glazer Steel Corp. *v.* United States, protests 207617–K/14174, etc. (New Orleans).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of plate steel similar in all material respects to the plate steel the subject of *Glazer Steel Corporation* v. *United States* (38 Cust. Ct. 322, C. D. 1881), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 11, 1958

**No. 61552.**—H. P. Rossiger & Co., Inc. *v.* United States, protest 300503–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61553.**—D. Hauser, Inc. *v.* United States, protest 305945–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

BEFORE THE FIRST DIVISION, FEBRUARY 13, 1958

**No. 61554.**—R. H. Macy & Co., Inc., et al. *v.* United States, protests 299556–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiffs was sustained.